UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MIKE WEBB, <br><br> Plaintiff, <br><br> v. <br><br> ALPHONSO LOPEZ, *et al.*, <br><br> Defendants. | Case No: 1:23-cv-01239 (ACR) |

**ORDER**

*Pro se* Plaintiff Mike Webb filed this civil action, which contains twenty-four claims, against numerous Defendants (Dkt. 1). On April 28, 2023, Plaintiff filed a Motion to Issue Summons (Dkt. 2). In addition, Plaintiff filed a Motion for Summary Judgment and Motion for Temporary Restraining Order (Dkt. 4) on May 12, 2023, and a Motion for Writ of Mandamus (Dkt. 5) on May 15, 2023. For the reasons set forth below, the Court dismisses this action *sua sponte* without prejudice.

Rule 8 requires a short and plain statement of the grounds for this Court's jurisdiction and a statement of the claims showing that the plaintiff is entitled to relief. Fed. R. Civ. P. 8(a). A plaintiff must assert enough facts to give the defendant "fair notice of the claim being asserted so as to permit the [defendant] the opportunity to file a responsive answer, prepare an adequate defense and determine whether the doctrine of res judicata is applicable." *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977) (citation omitted).

A district court "may *sua sponte* dismiss a claim pursuant to Rule 12(b)(6) without notice where it is patently obvious that the plaintiff could not possibly prevail based on the facts alleged in the complaint." *Jafari v. United States*, 83 F. Supp. 3d 277, 279 (D.D.C.), *aff'd*, 621 F. App'x 676 (D.C. Cir. 2015) (citing *Rollins v. Wackenhut Servs., Inc.*, 703 F.3d 122, 127 (D.C. Cir. 2012)) (cleaned up).

Plaintiff's Complaint does not comply with Rule 8.  It is long and convoluted.  And, not for lack of trying, the Court does not understand the nature of the asserted claims.  In addition, many of Plaintiff's claims rely on legal theories premised on criminal violations that he cannot charge.   The Complaint fails to give Defendants—or the Court—reasonable notice of the causes of action asserted.  Accordingly, the Court hereby DISMISSES this action *sua sponte* without prejudice.

The Clerk is directed to return the filing fee to Plaintiff.

DATE: May 19, 2023

                                             Ana C. Reyes
                                             United States District Judge